## JORDAN *v.* ARIZONA ex rel. NELSON, ATTORNEY GENERAL

No. 204. Decided October 13, 1969

*Stewart L. Udall* for appellant.

*Gary K. Nelson,* Attorney General of Arizona, appellee, *pro se.*

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## SHAPIRO, COMMISSIONER OF WELFARE OF CONNECTICUT *v.* SOLMAN ET AL.

No. 215. Decided October 13, 1969

*Robert K. Killian,* Attorney General of Connecticut, and *Francis J. MacGregor,* Assistant Attorney General, for appellant.

*Francis X. Dineen* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed. See *King* v. *Smith,* 392 U. S. 309.